

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PP:SAE
F. #2025R00257

*610 Federal Plaza*
*Central Islip, New York 11722*

July 3, 2025

By Email and ECF

Felipe Andres Garcia, Esq.
Federal Defenders of NY, Inc.
770 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Edgardo Anibal Mejia-Guzman
                Criminal Docket No. 25-CR-174 (JS)

Dear Mr. Garcia:

      Enclosed is the Government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the government is providing you with photographs of the front and back of a worn Homeland Security Investigations vest Bates-numbered, GUZMAN000152-GUZMAN000153 via a shareable site, USA File Exchange.

      **Please be advised that you must download the materials from USA File Exchange within 60 days from the date they were uploaded. The USA File Exchange is not a storage site, and the materials are automatically deleted within 60 days.**

                        Very truly yours,

                        JOSEPH NOCELLA, JR.
                        United States Attorney

            By:   /s/ Sarah A. Elardo
                        Sarah A. Elardo
                        Special Assistant U.S. Attorney
                        (718) 254-6263

Enclosures

cc:    Clerk of the Court (JS) (by ECF) (without enclosures)