

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR/SAE:dtt
F. #2025R00257

*610 Federal Plaza*
*Central Islip, New York 11722*

July 30, 2025

<u>By Email</u>

Felipe Garcia, Esq.
Federal Defenders of NY, Inc.
770 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Anibal Edgardo Mejia-Guzman
     <u>Criminal Docket No. 25-174 (JS)</u>

Dear Mr. Garcia:

  The government is providing, via USAfx, initial disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") and related other materials, to the extent not already produced, in connection with the upcoming trial in the above-referenced case.

  The government does not concede the relevance, materiality or admissibility of the information disclosed herein. The government reserves the right to disclose additional 3500 material, including with respect to any additional materials of which the government becomes aware.

  The government reiterates its request reciprocal discovery from the defendants.

        Very truly yours,

        JOSEPH NOCELLA, JR.
        United States Attorney
        Eastern District of New York

     By: /s/
       Sarah Elardo
       Charles N. Rose
       Assistant United States Attorneys
       (631) 715-7900

Encls. (via USAfx)
cc: Clerk of the Court (JMA) (by ECF) (without enclosures)