

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR:SAE:dtt
F. #2025R00257

*610 Federal Plaza*
*Central Islip, New York 11722*

August 4, 2025

By Email and ECF

Felipe Andres Garcia, Esq.
Federal Defenders of NY, Inc.
770 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Anibal Edgardo Mejia Guzman
      Criminal Docket No. 25-CR-172(JS)

Dear Mr. Garcia:

  Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure." Specifically, the government is providing you with documents and items bates-numbered GUZMAN000163-GUZMAN000167 via a shareable site, USA File Exchange.

  **Please be advised that you must download the materials from USA File Exchange within 60 days from the date they were uploaded. The USA File Exchange is not a storage site and the materials are automatically deleted within 60 days.**

I. The Government's Discovery

  A. Documents and Tangible Objects

  Responsive documents are enclosed in the documents produced, including the "Guzman Pedigree Information," which is Bates-numbered, GUZMAN000163-GUZMAN000164. A proposed redacted copy of the document was also enclosed in the documents produced, which is Bates-numbered, GUZMAN000165-GUZMAN000166.

  Additionally, documents are enclosed in the documents produced, including the "Guzman Booking Arrest Photo," which is Bates-numbered, GUZMAN000167.

  You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

IV.	Future Discussions

        If you have any questions or requests regarding further discovery, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Sarah A. Elardo
       Sarah A. Elardo
       Special Assistant U.S. Attorney
       (718) 254-6263

Enclosures

cc:	Clerk of the Court (JS) (by ECF) (without enclosures)