

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR:SAE:dtt
F. #2025R00257

*610 Federal Plaza*
*Central Islip, New York 11722*

August 4, 2025

<u>By Email and ECF</u>

Felipe Andres Garcia, Esq.
Federal Defenders of NY, Inc.
770 Federal Plaza
Central Islip, New York 11722

      Re:    <u>United States v. Anibal Edgardo Mejia Guzman</u>
            <u>Criminal Docket No. 25-CR-172(JS)</u>

Dear Mr. Garcia:

Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure." Specifically, the government is providing you with documents and items bates-numbered GUZMAN000168-GUZMAN000169 via a shareable site, USA File Exchange.

**Please be advised that you must download the materials from USA File Exchange within 60 days from the date they were uploaded. The USA File Exchange is not a storage site and the materials are automatically deleted within 60 days.**

I.    <u>The Government's Discovery</u>

    A.    <u>Documents and Tangible Objects</u>

Responsive documents are enclosed in the documents produced, including the "Use of Force Policy," which is Bates-numbered, GUZMAN000168-GUZMAN000169.

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

IV.    <u>Future Discussions</u>

If you have any questions or requests regarding further discovery, please do not hesitate to contact me.

                Very truly yours,

                JOSEPH NOCELLA, JR.
                United States Attorney

By:   /s/ Sarah A. Elardo
       Sarah A. Elardo
       Special Assistant U.S. Attorney
       (718) 254-6263

Enclosures

cc:     Clerk of the Court (JS) (by ECF) (without enclosures)