UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------X

UNITED STATES OF AMERICA

      - against -          Docket No. <u>25-CR-174 (JS)</u>

ANIBAL EDGARDO MEJIA GUZMAN,    <u>VERDICT SHEET</u>

        Defendant.

---------------------------X

## **Assault On a Federal Officer**

1. How do you find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, as to the charge of forcibly assaulting, opposing, resisting, impeding, intimidating, or interfering with a federal officer and **inflicting bodily injury on Deportation Officer John Dickerson** as charged in the indictment?

        Not Guilty __✓__      Guilty _____

*If you find the defendant "not guilty" proceed to question 2. If you found the defendant "guilty" under question 1, then the case is concluded.*

2. How do you find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, as to the lesser included charge of forcibly assaulting, opposing, resisting, impeding, intimidating, or interfering with a federal officer **by intentional physical contact with the officers**?

        Not Guilty __✓__      Guilty _____

    *If you find the defendant "not guilty" proceed to question 3. If you found the defendant guilty under question 2, please move on to answer the questions a and b below*

    a. Did you **unanimously** find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, guilty as to the lesser included charge of forcibly assaulting, opposing, resisting, impeding, intimidating, or interfering with a federal officer by intentional physical contact to Deportation Officer John Dickerson?

        No_____   Yes _____

25-cr 00174
**COURT EXHIBIT**
August 14, 2025
1:04 pm
8

b. Did you **unanimously** find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, guilty as to the lesser included charge of forcibly assaulting, opposing, resisting, impeding, intimidating, or interfering with a federal officer by intentional physical contact to Special Agent Joshua Abbensetts?

No _____        Yes _____

3. How do you find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, as to the lesser included charge of **simple assault** on federal officers?

Not Guilty __✓_____        Guilty _____

Date 8/14/2025        Foreperson _____

Ryan Price